IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORMAN EASTWOOD, as Trustee<br>of the Africa 92 Revocable Trust<br><br>  Plaintiff,<br><br>VS.<br><br>WILLOW BEND LAKES HOMEOWNERS<br>ASSOCIATION, INC.<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:20-cv-00400-ALM |

## **MEDIATOR'S REPORT**

On September 2, 2020, a mediation conference was held in the above-captioned case. All parties and their attorneys were present either in person or by Zoom videoconference. A settlement was reached at the mediation.

Note from the Mediator (if any):


 Signed: September 11, 2020


               /s/ *Jeff Kaplan*_____
               Hon. Jeff Kaplan (Ret.)
               Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*/s/ Judy Stephenson*
Case Manager