# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| NORMAN EASTWOOD, as Trustee of the Africa 92 Revocable Trust<br><br>v.<br><br>WILLOW BEND LAKES HOMEOWNERS ASSOCIATION, INC. | §<br>§<br>§ CIVIL ACTION NO.  4:20cv400<br>§ Judge Mazzant<br>§<br>§<br>§ |

## ORDER ON CLOSING DOCUMENTS

The Court has been notified by the mediator that all claims in the above-styled civil action have been settled.

Therefore, it is **ORDERED** that, on or before *October 15, 2020,* all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court**.**  If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS SO ORDERED.**

SIGNED this 15th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE