UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION (PLANO)

| | | |
|---|---|---|
| NORMAN EASTWOOD | § | |
| | § | |
| V. | § | CASE NO. 4:20-CV-00400-ALM |
| | § | |
| WILLOW BEND LAKES HOMEOWNERS ASSOCIATION, INC. | § § § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Norman Eastwood, Plaintiff, and Willow Bend Lakes Homeowners Association, Inc., Defendant, and file this their Agreed Motion to Dismiss and would respectfully show unto the Court as follows:

I.

Plaintiff Norman Eastwood and Defendant Willow Bend Lakes Homeowners Association, Inc. announce to the Court that they have resolved all disputes existing between them relating to the claims filed by Plaintiff in this cause, and Plaintiff and Defendant respectfully request that this case be dismissed without prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Norman Eastwood and Defendant Willow Bend Lakes Homeowners Association, Inc. pray that Plaintiff's claims against Defendant be dismissed without prejudice and that court costs and attorneys' fees related to said claim be taxed against the party incurring same.

Respectfully submitted,

THE MILES LAW FIRM, PLLC

BY: _Melissa Miles_ (by permission Mark E. Smith)
Melissa A. Miles – 90001277
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
972-270-4393 – Telephone
Melissa@MilesLawGroup.org

ATTORNEY FOR PLAINTIFFS


TOUCHSTONE, BERNAYS, JOHNSTON, BEALL, SMITH & STOLLENWERCK, L.L.P.

BY: _____
Mark E. Smith – 18648700
Mark.Smith@tbjbs.com
Comerica Bank Tower
1717 Main Street, Suite 3400
Dallas, Texas 75201
214-741-1166 - Telephone
214-741-7548 - Facsimile

ATTORNEY FOR DEFENDANTS
WILLOW BEND LAKES HOMEOWNERS
ASSOCIATION, INC., JEAN SCHWEERS,
LAURIE ANN BASE, CHRIS WYLIE,
CHUCK BELL, KATHY HANSEN,
BRIDGET VOSLOO, AND JOHN GALL

CERTIFICATE OF SERVICE October

This is to certify that on this 13 day of ~~September~~ 2020, a true and correct copy of the foregoing instrument was *e-served* upon all counsel of record.

_____
Mark E. Smith

AGREED MOTION TO DISMISS                                                                 Page 3
0925/70831/1525928