UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORMAN EASTWOOD | § | |
| | § | |
| V. | § | CASE NO. 4:20-CV-00400-ALM |
| | § | |
| WILLOW BEND LAKES HOMEOWNERS ASSOCIATION, INC. | § § | |

## ORDER OF DISMISSAL

CAME on to be heard the Agreed Motion to Dismiss (Dkt. #28) filed by Norman Eastwood, Plaintiff and Willow Bend Lakes Homeowners Association, Inc., Defendant, and the Court finding that all claims in the above-referenced proceeding have been compromised and settled, finds that the Motion is well taken and should be granted.

It is therefore ORDERED that all of Plaintiff Norman Eastwood's claims in this cause against Defendant Willow Bend Lakes Homeowners Association, Inc. are hereby dismissed without prejudice.

It is further ORDERED that each party will bear their own costs, expenses and attorneys' fees with respect to the dismissed claims.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 22nd day of October, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE